# Exhibit A

# IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF D1
## IN AND FOR NEW CASTLE COUNTY
## COURT NO. 13

**COURT ADDRESS:**         **CIVIL ACTION NO:**   JP13-17-
**1010 CONCORD AVE**
**WILMINGTON DE 19802**

### SHAMARLA TAYLOR VS EQUIFAX

**SYSTEM ID: @2978712**
**EQUIFAX**
**PO. BOX 740241**
**ATLANTA GA 30374**

### SUMMONS

**TO THE DEFENDANT(S):**
You, the defendant, are summoned to answer the Plaintiff's claims against you attached Complaint.

Within 15 days after you receive this summons, excluding the day you receive it, yc and return the enclosed Answer to the complaint to the above named Justice of the Pea

Failure to file an Answer may result in a default judgment being entered against you ; the plaintiff attaching your wages or attaching and selling your personal proper judgment.

**IT IS SO ORDERED** this 24th day of July, 2017.

                                               _____C. Rose_____ (SEAL)
                                         Justice of the Peace/Court Official

CONSTABLE NOTES: _____
SERVED ON: _____
CONSTABLE: _____

- Persons with disabilities should contact the Court in writing as soon as possible, prior reasonable accommodations.
- Should you need an interpreter, including for hearing impairment, notify the Court in writing (preferably 14 days) prior to trial so the court can have an interpreter available for your hear

# IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE, IN AND FOR NEW CASTLE C(
## COURT NO. 13

**COURT ADDRESS:**
1010 CONCORD AVE
WILMINGTON DE 19802

CIVIL ACTION NO:   JP13-17

SHAMARLA TAYLOR, PLAINTIFF

VS

EQUIFAX, DEFENDANT

**Plaintiff Parties:**
PLAINTIFF
SYSTEM ID: @2978710
SHAMARLA TAYLOR
2311 N. WEST ST
WILMINGTON, DE 19802

**Defendant Parties:**
DEFENDANT
SYSTEM ID: @2978712
EQUIFAX
PO. BOX 740241
ATLANTA, GA 30374

**Other Case Parties:**

CERTIFICATE OF REPRESENTATION FOR AN ARTIFICIAL ENTITY OR PUBLIC
IN CIVIL CASES IN THE JUSTICE OF THE PEACE COURT

[PLEASE READ THE INFORMATION ON THE BACK OF THIS FORM BEFORE COMPLETING THE FORM must be completed by an officer of the artificial entity or public body as defined by Supreme Court Rule 57, notarized and the Chief Magistrate, 5 East Pine Street, Georgetown, Delaware 19947, along with the $20 annual fee. Check or mor payable to the Delaware Supreme Court.]

NAME OF BUSINESS (please print): _____ Co.

TYPE OF ENTITY: YOU MUST CHECK ONE OF THESE TO BE ELIGIBLE TO USE RULE 57:
- [ ] DE Corporation      [ ] DE Partnership      [ ] DE Limited Liability
- [ ] DE Association      [ ] DE Estate           [ ] DE Trust
- [ ] DE Public Body      [ ] Foreign Entity, reg. in DE   [ ] DE Entity with Regist

PRINCIPAL OFFICE ADDRESS                     MAILING ADDRESS (where court notices
                                             different than princi

Street Address _____              Street Address _____

City     State     Zip                       City     State     Zip

Telephone     Email Address                  Telephone     Emai

APPOINTS _____             Agent No. FA _____ (if previously assigned)
         NAMED REPRESENTATIVE

The artificial entity or public body, through signature of an officer on this document, ratifies and confirms that the named re to appear on its behalf in all matters before the Justice of the Peace Court, and agrees that it will be bound by the results of certification makes the named representative of the artificial entity or public body an agent only for purposes of this re certification, the artificial entity or public body and its named representative are subject to the sanctions set forth in Justice for inappropriate actions.

The artificial entity/public body, through signature of an officer on this document, certifies and affirms:
(1) That the artificial entity/public body is in good standing;
(2) That the named representative has not been disbarred from, or is not currently under suspension or probation with law in any state or jurisdiction within the United States; and has not been convicted of a felony or a crime involving disho the ten (10) year period immediately prior to the appearance of the named representative in the Court; and has not been de in the unauthorized practice of law in this or any other jurisdiction; and is not an employee whose primary duty is to pros the Peace Court civil actions; and has not had any prior authorization pursuant to this rule revoked by the Chief Magistrate.

(3)(a)  That the OFFICER is:                 (b) That the NAMED REPRESENTATIV
(CHECK ONE)

- [ ] chief executive, president or chair     [ ] chief executive, president or chair
- [ ] vice-president or vice chair            [ ] vice-president or vice chair
- [ ] secretary or assistant secretary        [ ] secretary or assistant secretary
- [ ] treasurer or assistant treasurer        [ ] treasurer or assistant treasurer
- [ ] trustee of a trust                      [ ] trustee of a trust
- [ ] executor or administrator of an estate  [ ] executor or administrator of an est
- [ ] general partner of a limited or general partnership  [ ] general partner of a limited or gen
- [ ] manager or member of a limited liability company     [ ] manager or member of a limited li
- [ ] other officer who may bind the artificial entity     [ ] other officer (specify) _____

(specify) _____

- [ ] full-time employee who has expe
the artificial entity/public body and knowledge
law relevant to the action before the Justice of

_____ Manager who is responsible for the

## ARTIFICIAL ENTITY AND PUBLIC BODY *PRO SE* REPRESENTATION ACTIONS IN THE JUSTICE OF THE PEACE COURT

➤ **What does Supreme Court Rule 57 do?** Rule 57 allows artificial entities or public bodies to file or def Justice of the Peace Court without being represented by a duly licensed Delaware attorney. For all purposes related representative is given a temporary and limited right to appear in JP Court for the entity.

➤ **How do I know if I am an artificial entity or public body and can appear in the Justic without an attorney under Rule 57?** Under Supreme Court Rule 57, an artificial entity means any corporatio or doing business in Delaware, pursuant to the provisions of 8 *Del. C.* §371 or the exceptions thereto contained in 8 Del. C. company defined under the provisions of 6 *Del. C.* §18-101, any partnership or limited partnership as defined in 6 *Del.* trust as defined in 12 *Del. C.* §3501 et seq., any estate as defined in 12 *Del. C.* §1501 et seq., or other entity which has fil of the Prothonotary in the County in which it does business designating a tradename or title pursuant to 6 *Del. C.* §3101 regulatory, administrative, executive, or legislative body of the State or of any political subdivision of the State, includi board, bureau, commission, department, division, district, agency, authority, or any municipal or county government. IF \ DOES NOT FALL UNDER ONE OF THESE CATEGORIES, YOU MAY NOT TAKE ADVANTAGE OF RUL example, if Joe Jones if a sole proprietor doing business as "Jones Restaurant", Joe Jones must appear himself (or have an Justice of the Peace court cases unless he either establishes a corporation, partnership, limited liability company, and/or reg office of the Prothonotary at the Superior Court of the county in which his business is located, and then files a Form 50 al the Chief Magistrate's office.

➤ **How can artificial entities or public bodies take advantage of Rule 57?** MOST IMPORTANTL 50 MUST BE COMPLETED, NOTARIZED AND FORWARDED TO THE CHIEF MAGISTRATE, 5 GEORGETOWN, DELAWARE 19947, ALONG WITH THE $20.00 ANNUAL REGISTRATION FEE. The certifi officer of the artificial entity or public body (the definition of "officer" for Rule 57 is explained below) and the represen presence of a notary public. A $20.00 annual registration fee must be sent with the original Form 50 to the Chief Magist money order must be made payable to the Delaware Supreme Court. *-PLEASE BE SURE TO KEEP A COPY OF THE FOR YOUR RECORDS*, and a clocked in copy with you every time you are in Court.

➤ **Does Rule 57 allow an entity to appear without an attorney in all Delaware Courts?** NO. Pro Rule 57 only allow an artificial entity to appear without representation by an attorney in the Justice of the Peace Court. If Court of Common Pleas, artificial entities must be represented by an attorney in that court and other Delaware courts.

➤ **Who can sign the Form 50 certifying the named representative for the artificial entity?** The by an officer of the artificial entity or public body. To sign as an officer under Rule 57, a person must be one of the follow operating, financial, legal or accounting officer of an artificial entity or public body; chair of the governing board, presid vice-president, vice-chair, assistant secretary, assistant treasurer, superintendent, or other person who performs a major | for the artificial entity or public body; trustee of a trust; executor or administrator of an estate; general partner of a limite manager of member of a limited liability company; or any other individual designated as an officer by the artificial entity or p the form, the officer is certifying under oath that the named representative has not been disbarred from, or is not curren probation with respect to the practice of law in any State or jurisdiction within the United States; has not been convicte involving dishonesty or false statement in the ten year period prior to the appearance of the respective in the Court; has not b engaged in the unauthorized practice of law in this or any other jurisdiction; has not had any prior certification revoked by th that it is not an employee's primary duty to prosecute or defend Justice of the Peace Court civil actions. The officer who si continuing responsibility to notify the Chief Magistrate's office and the Justice of the Peace Court in which the art body has a case pending of any material change and circumstances affecting the certificate. This notification must occ time and at least one week prior to any appearance in a Justice of the Peace Court of the officer or employee involved.

➤ **Who can serve as a representative for an artificial entity or public body?** An officer as defined in representative of an artificial entity or public body. In addition, a full-time employee who has experience in the operations o public body and has knowledge of the necessary facts and law relevant to the case before the Justice of the Peace Court, a unif action on behalf of a public entity to recover a civil penalty pursuant to 21 *Del. C.* §4101, §4802, or any subsequent civil | legislature over which the Justice of the Peace Court is granted jurisdiction, or a manager who is responsible for the manager issue in a case before the JP Court may also represent the entity or public body. A separate form must be filed for each repr

➤ **How often does the Form 50 certificate need to be filed?** Form 50 certificates must renewed annually 50 along with the $20.00 f...

IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE,
IN AND FOR New Castle COUNTY
COURT NO _____

COURT ADDRESS: 1010 Concord Ave #1, Wilmington, DE 19802

CIVIL ACTION NO: JP

Please list plaintiffs and defendants, names and addresses on form CF01A

**PLAINTIFF(S)** vs. **DEFENDANT(S)**

1) Name: Shamarla Taylor
Address: 2311 N. West St, Wilmington, DE 19802
System ID# _____
Phone: 302-438-8784

1) Name: Equifax
Address Specify: ☐ Rental ☑ Mailing
P.O. Box: Atlanta
System ID# _____
Phone: 1-866-

PLAINTIFF(S) 2) Name _____ Address _____ System ID# _____ Phone _____

DEFENDANT(S) 2) Name _____ Address Specify ☐ Rental ☐ Mailing _____ System ID# _____ Phone _____

Plaintiff's Attorney or Agent, if any: _____
Address _____
System ID# (bar#) _____
Phone _____

Defendant's Attorney or Agent, if any: _____
Address _____
System ID# (bar#) _____
Phone _____

**Check One**
☑ Individual
☐ Corporation or other Artificial entity (see Supreme Court Rule 57)

**Check One**
☐ Individual
☐ Corporation or other Artificial entity
Alternate Address ☐ Physical ☐ Mailing

**Type of Service:** (Check One) Court Service ☑   Special Process Server ☐

**Type of Action:** (Check One) Debt ☑   Replevin ☐   Deficiency Judgment ☐   Trespass ☐   Summary Possession (Landlord Tenant) ☐

**COMPLAINT**

1. Concise Statement of Facts: (Who, What, When, Where, How?) Equifax is in violation After demanding Equifax to perform an investigation on Equifax has failed to perform an investigation, causing inaccurate reported on my credit report. In which, causing harm to myself

2. Relief Sought:
$ 13,000.00   Amount of money claimed. (Not including interest)
$ _____ Pre Judgment Interest at or _____ % legal rate _____ %
$ _____ Post Judgment Interest at the legal rate   OR contractual rate of _____ %
$ 45.00   Court Costs.
$ _____ Other

☐ Possession
☐ Return of personal property or $ _____

Jury Trial Demanded (Possession only) ☐ Yes ☐ No
Total value (Attach list of property, number and value of items)

TO: THE JUSTICE OF THE PEACE COURT

# IN THE JUSTICE OF THE PEACE COURT OF
# THE STATE OF DELAWARE, IN AND FOR NEW CASTLE CO
# COURT NO. 13

**COURT ADDRESS:**              **CIVIL ACTION NO:**    JP13-17-
1010 CONCORD AVE
WILMINGTON DE 19802

## SHAMARLA TAYLOR VS EQUIFAX

SYSTEM ID: @2978712
EQUIFAX
PO. BOX 740241
ATLANTA GA 30374

### DEFENDANT'S ANSWER TO THE COMPLAINT

Check all that are appropriate:

A._____  I admit that I owe the debt or claim in the Complaint and <u>DO NOT</u> want a that you agree to a judgment being entered against you for the amount claime costs. Any money owed should be paid directly to the Plaintiff. **You will I right to a trial and <u>will not have a right to appeal your decision to a claim</u>.)**

B._____  I WANT A TRIAL.

C._____  <u>**DEBT ACTIONS ONLY**</u>: In addition to a trial, I request that the Plaintiff more detailed statement of the claim (Bill of Particulars).

DATED: _____

_____      _____
(Signature of Defendant)                           (Defendant's Address/Phone No.)


_____      _____
(Defendant's Attorney, if any)                       (Attorney's Address/Phone No.)

**If you are a corporation (or other artificial entity or public body):**

- This Answer MUST be signed by an attorney or person designated by a Certifica (Form 50) for the corporation or entity prior to the filing of this Answer.
- Only an attorney or a person designated in a Form 50 may represent you in JP court.
- YOU MAY OBTAIN A FORM 50 and further information from the http://courts.state.de.us/jpcourt (Click on Form 50). Or you may obtain a Form 50

Shamarla Taylor
2311 N West ST
Wilmington, DE 19802



7016 0340 0000 3238 4289



1000

Equifax
P.O. Box 740241
Atlanta, GA 30374

30374&0241 B001

EFX ORIGINAL DOCUMENT 1 08\01\2017 00206765 006 0041

<mark></mark>

EFX ORIGINAL DOCUMENT 1 08\01\2017 00206765 006 0041

<mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark>
</mark></mark></mark></mark></mark></mark></mark></mark></mark></mark></mark></mark></mark></mark>

IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY
COURT NO. 13

COURT ADDRESS:  CIVIL ACTION NO: JP13-17-007557
1010 CONCORD AVE
WILMINGTON DE 19802

SHAMARLA TAYLOR VS EQUIFAX



## SUMMONS

**TO THE DEFENDANT(S):**

You, the defendant, are summoned to answer the Plaintiff's claims against you as stated on the attached Complaint.

Within 15 days after you receive this summons, excluding the day you receive it, you must complete and return the enclosed Answer to the complaint to the above named Justice of the Peace Court.

Failure to file an Answer may result in a default judgment being entered against you and may result in the plaintiff attaching your wages or attaching and selling your personal property to satisfy the judgment.

IT IS SO ORDERED this 24th day of July 2017

                                   C. Rose     (SEAL)
                           Justice of the Peace/Court Official

CONSTABLE NOTES _____
SERVED ON _____ (DATE & TIME)
CONSTABLE _____

- Persons with disabilities should contact the Court in writing as soon as possible, prior to trial, to request reasonable accommodations.
- Should you need an interpreter, including for hearing impairment, notify the Court in writing as soon as possible (preferably 10 days) prior to trial so the court can have an interpreter available for your hearing.
- Cell phones, pagers, cameras, and other electronic devices are NOT permitted in courthouses or courtrooms without permission of a judge.
- If you are a corporation (or other artificial entity or public body): Only an attorney or a person designated in a Form 50 may represent you in JP court. YOU MAY OBTAIN A FORM 50 application from the Court's website at http://courts.state.de.us/jpcourt (Click on Forms 50) or any JP Court civil location.
- For court appropriate attire see http://courts.delaware.gov/jpcourt/attire.aspx

VIEW YOUR CASE ONLINE: http://courtconnect.courts.delaware.gov

Form 6CF03 (Rev 3/21/17)    Produced by C. Rose    7/24/2017 11:11 AM



IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR NEW CASTLE COUNTY
COURT NO. 13

COURT ADDRESS:  CIVIL ACTION NO: JP13-17-007557
1010 CONCORD AVE
WILMINGTON DE 19802

SHAMARLA TAYLOR, PLAINTIFF

VS

EQUIFAX, DEFENDANT

To Printer...

Plaintiff Parties:
PLAINTIFF
SYSTEM ID: @2978710
SHAMARLA TAYLOR
2311 N WEST ST
WILMINGTON, DE 19802

Defendant Parties:
DEFENDANT
SYSTEM ID: @2978712
EQUIFAX
PO. BOX 740241
ATLANTA, GA 30374

Other Case Parties:

Form 6C101    Produced By: C. Rose    Date 7/24/2017 11:15 AM





CERTIFICATE OF REPRESENTATION FOR AN ARTIFICIAL ENTITY OR PUBLIC BODY
IN CIVIL CASES IN THE JUSTICE OF THE PEACE COURT

PLEASE READ THE INFORMATION ON THE BACK OF THIS FORM BEFORE COMPLETING THE FORM. [illegible]

NAME OF BUSINESS [illegible] ____________________

TYPE OF ENTITY: YOU MUST CHECK ONE OF THESE TO BE ELIGIBLE [illegible]

PRINCIPAL [illegible] To Printer_ MAILING ADDRESS [illegible]

APPOINTS ____________________ Agent No. PA ________ [illegible]

NAMED REPRESENTATIVE

[illegible]

EXECUTED BY ____________________

NAME OF OFFICER (Print) ____________________

SWORN TO AND SUBSCRIBED before me this ____ day of ____________ A.D. 20____

Notary Public

Page 3 of 8

Quit

ARTIFICIAL ENTITY AND PUBLIC BODY [illegible] IN CIVIL ACTIONS IN THE JUSTICE OF THE PEACE COURT

➤ What does Supreme Court Rule 57 [illegible]

➤ How do I know if I am an artificial entity or public body and can appear in the Justice of the Peace Court without an attorney under Rule 57? [illegible] IF YOUR ORGANIZATION DOES NO[illegible] YOU MAY NOT TAKE ADVANTAGE OF [illegible] PROVISIONS. [illegible]

To Printer...

➤ How can artificial entities or public bodies take advantage of Rule 57? MOST IMPORTANTLY, [illegible] MUST BE COMPLETED, NOTARIZED AND FORWARDED TO THE CHIEF MAGISTRATE, [illegible] EAST [illegible] STREET, GEORGETOWN, DELAWARE [illegible], ALONG WITH THE [illegible] ANNUAL REGISTRATION FEE. [illegible] PLEASE BE SURE TO KEEP A COPY OF THE COMPLETED FORM [illegible] FOR YOUR RECORDS, [illegible]

➤ Does Rule 57 allow an entity to appear without an attorney in all Delaware Courts? NO. [illegible]

➤ Who can sign the Form 50 certifying the named representative for the artificial entity? [illegible]

➤ Who can serve as a representative for an artificial entity or public body? [illegible]

➤ How often does the Form 50 certificate need to be filed? [illegible]

➤ What should an artificial entity do if the named representative leaves? [illegible]

[illegible]

Page [illegible] of [illegible]

Quit

IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
IN AND FOR New Castle COUNTY
COURT NO. ____

CIVIL ACTION NO. JP13-17-007557

COURT ADDRESS: 1010 Concord Ave
Wilmington, DE 19802

Please list plaintiffs and defendants. Add additional party names and addresses on form CF51AP.

**PLAINTIFF(S)**
1) Name: Shamarla Taylor
   Address: 2311 N. West St
   Wilmington, DE 19802
   System ID#: ____
   Phone: 302-438-8784

2) Name: To Printer...
   Address: ____
   System ID#: ____
   Phone: ____

Plaintiff's Attorney or Agent, if any: ____
Address: ____
System ID#: ____
Phone: ____

**DEFENDANT(S)**
1) Name: Equifax
   Address: PO Box 740241
   Atlanta, GA 30374
   System ID#: ____
   Phone: 1-800-640-2273

2) Name: ____
   Address: ____
   System ID#: ____
   Phone: ____

Defendant's Attorney or Agent, if any: ____
Address: ____
System ID#: ____
Phone: ____

Check One:
☑ Individual
☐ Corporation or other Artificial entity

Check One:
☐ Individual
☑ Corporation or other Artificial entity
Alternate Address: ☐ Physical ☐ Mailing ☐ Rural

Type of Service: Court Service ☑  Special Process Server ☐
Type of Action: Debt ☑  Replevin ☐  Trespass ☐  Summary Possession ☐  Deficiency Judgment ☐

**COMPLAINT:**
1. Concise Statement of Facts (Who, What, When, Where, How?): Equifax is in violation of the FCRA 611-CFR requires Equifax to perform an investigation on my credit report. Equifax has failed to perform an investigation, costing inaccurate accounts to be reported on my credit report in which costing harm to myself and my credit report.

2. Relief Sought:
$ 15,000.00 Amount of money claimed (Not including interest)
$ ____ Pre-judgment interest at ____ % legal rate ____ % contract rate OR at contractual rate of ____ %
$ ____ Post-judgment interest at the legal rate OR at contractual rate of ____ %
$ 45.00 Court Costs
$ ____ Other
☐ Possession  ☐ Return of personal property
Jury Trial Demanded (Possession only) ☐ Yes ☐ No
Total value (Attach Bill of property stating description, amount and value of items) on 8 1/2" x 11" paper

**TO THE JUSTICE OF THE PEACE COURT:**
Please direct the above captioned case and issue a Summons to the above named Defendant(s) to appear before you on days set to be at trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding, or for so this known in Lieu of Summons, plus as may need and direct the Constable to execute the proper process.

10/30/2017
Date

_Shamarla Taylor_
Plaintiff or Plaintiff's Attorney

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR NEW CASTLE COUNTY
COURT NO. 13

COURT ADDRESS:                                      CIVIL ACTION NO:  JP13-17-007557
1010 CONCORD AVE
WILMINGTON DE 19802

SHAMARLA TAYLOR VS EQUIFAX

SYSTEM ID: 4294TETJ2
EQUIF...    To Printer...
P.O. BO... 7....
ATLANTA GA 30374

### DEFENDANT'S ANSWER TO THE COMPLAINT

Check all that are appropriate

A. _____  I admit that I owe the debt or claim in the Complaint and DO NOT want a trial. (This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the Plaintiff. You will be giving up your right to a trial and will not have a right to appeal your decision to admit this debt or claim.)

B. _____  I WANT A TRIAL

C. _____  DEBT ACTIONS ONLY  In addition to a trial, I request that the Plaintiff provide me with a more detailed statement of the claim (Bill of Particulars)

DATED _____

_____      _____
(Signature of Defendant)                            (Defendant's Address/Phone No.)

_____      _____
(Defendant's Attorney if any)                     (Attorney's Address/Phone No.)

If you are a corporation (or other artificial entity or public body):

- This Answer MUST be signed by an attorney or person designated by a Certificate of Representation (Form 50) for the corporation or entity prior to the filing of this Answer
- Only an attorney or a person designated in a Form 50 may represent you in JP court.
- YOU MAY OBTAIN A FORM 50 and further information from the Court's website at http://courts.state.de.us/jpcourt. (Click on Form 50) Or you may obtain a Form 50 from your nearest JP Civil Court.

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

Form SCF07                     Produced By: C. Ross       Date: 7/24/2017 11:45 AM

